# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| | : |
| KEYSTONE SURPLUS METALS, INC. | : |
| DEBTOR(S) | : BANKRUPTCY NO. 08-16450 SR |

# ORDER

**AND NOW,** upon consideration of Motion Requesting Allowance of Chapter 11 Administrative Claim by Albert Kauffman, it is hereby:

**ORDERED**, that for the reasons set forth in the attached Opinion, the Motion is hereby **DENIED**.

By the Court:

Stephen Raslavich
Chief U.S. Bankruptcy Judge

Dated: December 7, 2010

Counsel for Movant, Albert Kauffman
Joseph B. Finlay, Jr., Esquire
P.O. Box 1040
Southampton, PA 18966

Counsel for Keystone Surplus Metals, Inc.
David A. Kasen, Esquire
Kasen & Kasen
1874 E. Marlton Pike
Suite 3
Cherry Hill, NJ 08003

Counsel for the Chapter 7 Trustee
Dexter K. Case , Esquire
Case, Digiamberardino & Lutz, P.c.
845 North Park Road
Suite 101
Wyomissing, PA 19610

Counsel for United States Trustee
George Conway, Esquire
Office of the United States Trustee
833 Chestnut Street
Suite 500
Philadelphia PA 19106

Nancy Mulvehill, Courtroom Deputy to Judge Raslavich